1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Bliss

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,        )    Case No. 08MJ0402-AJB
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )
                                     )    **NOTICE OF APPEARANCE**
14  **ELI NORMAN BLISS**,            )
                                     )
15            Defendant.             )
                                     )
16  _____ )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                        Respectfully submitted,

21

22  Dated: February 14, 2008              /s/  *Candis Mitchell*
                                          **CANDIS L. MITCHELL**
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Bliss
24                                        Candis_Mitchell@fd.org

25

26

27

28

1

### CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6
    Dated:  February 14, 2008                          _/s/  Candis Mitchell_____
7                                                      **CANDIS L. MITCHELL**
                                                       Federal Defenders of San Diego, Inc.
8                                                      225 Broadway, Suite 900
                                                       San Diego, CA  92101-5030
9                                                      (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
10                                                     Candis_Mitchell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ0402-AJB