UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff )<br>)<br>vs. )<br>)<br>Eli Norman Bliss, et al. )<br>   Defendant(s) ) | CRIMINAL NO. _08mj402_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Juan Jose Tenjuah-Santos

DATED: _2/20/08_

RECEIVED _____
                DUSM

OR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR., Clerk
by _[signature]_
   Deputy Clerk