

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 524 LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ELI NORMAN BLISS (1), ) HANAA KANANI (2), ) DAVID HAROLD DECKER (3), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about February 11, 2008, within the Southern District of California, defendants ELI NORMAN BLISS, HANAA KANANI and DAVID HAROLD DECKER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Jose Tenjuah-Santos, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2\28\08.

KAREN P. HEWITT
United States Attorney

FOR DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/14/08