# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08CR0524-LAB

vs )  ABSTRACT OF ORDER

*Eli Norman Bliss* ) Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/27/08__ the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ __35,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

Received _____     W. SAMUEL HAMRICK, JR.    Clerk
DUSM                    by _____ Deputy Clerk

Crim-9  (Rev 6-95)                      ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY