UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| UNITED STATES OF AMERICA, | ) CASE NO. 08cr0524LAB |
|---|---|
| | ) MAGISTRATE NO. 08MJ0402 |
| Plaintiff, | ) |
| | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
| | ) MATERIAL WITNESS |
| ELI NORMAN BLISS, et. al. | ) |
| | ) JUAN JOSE TENJUAH-SANTOS |
| Defendants. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bond deposited on behalf of the Material Witness, JUAN JOSE TENJUAH-SANTOS is exonerated and all monies deposited for his bond are to be returned to the surety listed in the financial office of the Clerk.

To wit:

FRANCISCO JAVIER RIOS AGUILAR
7134 Amherst Street Apt 6
San Diego, CA 92115

SO ORDERED:

DATED: April 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court