PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 23 PM 12:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KWH_____ DEPUTY

U. S. A. vs. BLISS, ELI NORMAN                           Docket No. 08CR0524LAB-001

### Petition for Action on Conditions of Pretrial Release

Comes now David Horton, Pretrial Services Officer, presenting an official report upon the conduct of defendant BLISS, ELI NORMAN who was placed under pretrial release supervision by the Honorable Anthony J. Battaglia sitting in the court at San Diego, on the 27th day of March, 2008, under the following conditions:

Restrict travel to Southern District of California; do not enter Mexico; travel to Las Vegas with PTS permission AND permission of parole office; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; actively seek and maintain full-time employment, schooling, or combination both; execute a personal appearance bond in the amount of $35,000 secured by a trust deed to the United States on real estate approved by a Federal Judge; enter residential drug treatment program at own expense as soon as bed is available; with Pretrial Services to monitor.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant is requesting to enter a 12 month residential drug treatment program which would require a postponement of the current sentencing date.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO APPEAR APRIL 28, 2008, AT 2:00 P.M., TO ADDRESS THIS MATTER.

ORDER OF COURT

Considered and ordered this __23__ day of __APRIL__, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Larry Alan Burns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/23/08

Respectfully, _____
David Horton, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __April 23, 2008__